FILED IN
COURT OF CRIMINAL APPEALS

September 10, 2015

ABEL ACOSTA, CLERK

PD-0077-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/10/2015 3:38:25 PM
Accepted 9/10/2015 3:45:24 PM
ABEL ACOSTA
CLERK

No. PD-0077-15

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

*granted*
*PC*
*9-10-.15*

STEVEN COLE,                                                                 Appellant

v.

STATE OF TEXAS,                                                           Appellee

Appeal from Gregg County

\* \* \* \* \*

**STATE'S MOTION FOR LEAVE TO FILE
A PRE-SUBMISSION SUPPLEMENTAL BRIEF**

\* \* \* \* \*

Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

JOHN R. MESSINGER
Assistant State Prosecuting Attorney
Bar I.D. No. 24053705

P. O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512/463-1660 (Telephone)
512/463-5724 (Fax)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The State Prosecuting Attorney respectfully presents her motion for leave to file a Pre-Submission Supplemental Brief under Texas Rule of Appellate Procedure 70.4. The State's supplemental brief is intended to further narrow the central issue presented in this case, *i.e.*, whether article 38.23 requires exclusion of evidence obtained in good-faith reliance on the mandatory blood-draw statute or prevailing case law on exigent circumstances. This will hopefully assist the Court and opposing counsel at argument.

## PRAYER FOR RELIEF

WHEREFORE, the State of Texas prays that the Court of Criminal Appeals grant it leave to file its Pre-Submission Supplemental brief.

Respectfully submitted,

__/s/ John R. Messinger_____
JOHN R. MESSINGER
Assistant State Prosecuting Attorney
Bar I.D. No. 24053705

P.O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512/463-1660 (Telephone)
512/463-5724 (Fax)

## CERTIFICATE OF SERVICE

A copy of the foregoing State's Motion for Leave to File a Pre-Submission

Supplemental Brief has been e-served or e-mailed on this the 10th day of September,

2015 to:

Zan Colson Brown
Assistant District Attorney
101 East Methvin, Suite 333
Longview, Texas, 75601
zan.brown@co.gregg.tx.us

Ebb Mobley
P.O. Box 2309
Longview, Texas 75606
ebbmob@aol.com

/s/ John R. Messinger
John R. Messinger
Assistant State Prosecuting Attorney